877

No. 714. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. ET AL. v. REDDISH ET AL.; No. 723. INTERSTATE COMMERCE COMMISSION v. REDDISH ET AL.; and No. 725. ARKANSAS-BEST FREIGHT SYSTEM, INC., ET AL. v. REDDISH ET AL. Appeals from the United States District Court for the Western District of Arkansas. Probable jurisdiction noted. *Amos M. Mathews* for appellants in No. 714. *Robert W. Ginnane* and *Arthur J. Cerra* for appellant in No. 723. *Roland Rice* and *Rollo E. Kidwell* for appellants in No. 725. *Solicitor General Cox* filed a memorandum for the United States suggesting that the Court note probable jurisdiction. *Clarence D. Todd* for Contract Carrier Conference of American Trucking Assns., Inc., appellee in No. 714. Reported below: 188 F. Supp. 160.

No. 713. STILL v. NORFOLK & WESTERN RAILWAY Co. Supreme Court of Appeals of West Virginia. Certiorari granted. *Lewis Jacobs* and *Sidney S. Sachs* for petitioner. *Robert B. Claytor* and *Joseph M. Sanders* for respondent.

No. 741. HUNT FOODS & INDUSTRIES, INC., v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *Bert W. Levit* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, PGad B. Morehouse* and *Alan B. Hobbes* for respondent.